UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CASE NO. 10-41937-WSD
MATTIE P. ALSTON  CHAPTER 13 PROCEEDINGS
  HON. WALTER SHAPERO.DETROIT

_____Debtor_____

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| MATTIE P. ALSTON<br>18420 HARLOW<br>DETROIT, MI 48234-0000<br>SSN: XXX-XX-1057 | N/A | N/A | DEBTOR REFUND | 1293635 | 8/31/10 | $ 580.00 |

DATED: September 09, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226

CHAPTER 13 TRUSTEE-TLT-DETROIT
P.O. BOX 31-1930    6363921
DETROIT, MICHIGAN 48231-1930

1041937  00000  017414  1293635
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

*OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT*

Date: 08/31/2010                                                           Check No: 1293635
Payee: CLERK OF US BANKRUPTCY COURT

| 1041937 | MATTIE P. ALSTON | | | 580.00 | 0.00 | 580.00 |
|---------|------------------|--|--|--------|------|--------|
|         | ACCT:            | CLAIM: 00000 TYPE: | Balance: | | 0.00 | |

---

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.   CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

TAMMY L. TERRY
TRUSTEE

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT
P.O. BOX 31-1930
Detroit, MI 48231-1930
(313)967-9857 FAX

64-79
611

CHECK NO. 1293635
SunTrust Bank

FOR  MATTIE P. ALSTON
     BK:1041937  ACCT:
     PRIN:   580.00   INT:   0.00

DATE Aug 31, 2010

AMOUNT ********580.00

PAY  **580.00**
     FIVE  EIGHT  ZERO  PENNIES  ZERO  ZERO
     Five Hundred Eighty And Xx / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT
TRUST ACCOUNT

VOID OVER $580.00
VOID 90 DAYS AFTER DATE

TO THE ORDER OF
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

*Tammy L. Terry*
Chapter 13 Trustee

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 10-41937-WSD |
| MATTIE P. ALSTON | CHAPTER 13 PROCEEDINGS |
| | HON. WALTER SHAPERO.DETROIT |
| Debtor | |

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

Gary S. Ellenson
23300 Greenfield
Ste. 106
Oak Park, MI 48237

**Last Known Address for Debtor:**

MATTIE P. ALSTON
18420 HARLOW
DETROIT, MI 48234

DATED: September 09, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226